# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Tara Morgan | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:21-cv-00141 |
| Mylan Pharmaceuticals Inc., Local Union 8-957 | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☒ Other

other: The Court GRANTS Mylan's motion to dismiss. All claims against Mylan are DISMISSED WITH PREJUDICE. Plaintiff's motion to extend discovery is DENIED. The Clerk is DIRECTED to enter judgment in favor of Mylan, consistent with the Memorandum Opinion and Order, and to STRIKE this case from the Court's active docket.

This action was:

☐ tried by jury ☐ tried by judge ☒ decided by judge

decided by Judge Thomas S. Kleeh

Date: 2/15/2023

*CLERK OF COURT*
Cheryl Dean Riley
H. Carson

*Signature of Clerk or Deputy Clerk*